OPINION — AG — ** ISSUANCE OF TEMPORARY OR TERM PERMITS TO WATERSHED PROJECTS ** SENATE BILL NO. 388, 33RD OKLAHOMA LEG., GIVES AUTHORITY TO THE OKLAHOMA WATER RESOURCES BOARD TO GIVE TEMPORARY OR TERM PERMITS EVEN THOUGH ALL OF THE AVAILABLE WATER HAS BEEN WITHDRAWN BUT HAS NOT BEEN PUT TO USE SUBJECT TO ALL RIGHTS OF PRIOR APPROPRIATORS. CITE: OPINION NO. 71-280, 82 O.S. 1971 21 [82-21], 82 O.S. 1971 25 [82-25], 82 O.S. 1972 Supp., 105.9 [82-105.9], 82 O.S. 1972 Supp., 105.14 [82-105.14], 82 O.S. 1972 Supp., 105.13 [82-105.13] [82-105.13] (ROBERT H. MITCHELL)